UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-cv-22584-JLK

JEANETTE AVILA,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign corporation d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER OF DISMISSAL AND GRANTING DEFENDANT'S MOTION FOR SANTIONS

THIS CAUSE comes before the Court upon Defendant's Motion for Contempt and Sanctions for Plaintiff's Violation of Three Court Orders and Failure to Participate in Discovery.[1] Defendant argues that Plaintiff has not participated in discovery, including failure to comply with the Court's discovery related orders.[2] Defendant seeks sanctions against Plaintiff in the form of a doctor's fee for Plaintiff's failure to appear at a scheduled medical exam and a dismissal of the instant action. Plaintiff has not timely filed a response.[3] As discussed below, the Court finds it must grant Defendant's Motion.

---

[1] Filed November 06, 2012. (DE 16).
[2] *See, e.g.*, (DE 10) (compelling discovery and Plaintiff's appearance for deposition and compulsory medical examination).
[3] Plaintiff's response was due on November 23, 2012. Plaintiff has not filed any pleadings with the Court since December 21, 2011. *See* (DE 5).

The instant action is a maritime personal injury action filed by Plaintiff in which she alleges a knee injury as a result of an accident that occurred while on board Defendant's cruise ship, The Carnival Sensation.[4] Defendant filed its Answer to Plaintiff's Complaint on January 16, 2012.[5] On January 19, 2012, the Court entered its Scheduling Order.[6] The Court gave the parties approximately nine months in which to conduct discovery and motion practice.[7]

In that time, Defendant argues that it made numerous discovery requests of Plaintiff, including requests for a deposition of the Plaintiff, Jeanette Avila, and a Rule 35 medical examination of same. Defendant represents that it was unsuccessful in receiving responses to its requests for discovery. On August 28, 2012, Defendant filed a Motion to Compel Discovery, (DE 9), which the Court granted[8]. In the order, the Courts explained that the Plaintiff may be subject to sanctions if she did not comply with the order.

Then, on September 18, 2012, Defendant represents that Plaintiff failed to appear for her deposition, for which she had been properly noticed.[9] Defendant also contends that she failed to appear at the Rule 35 medical examination scheduled for the same day.[10] Since September, Defendant reports that it has been unsuccessful in contacting counsel for Plaintiff by phone or email.

After a careful review of the record, the court finds Defendant's Motion is well taken, and Plaintiff has made no defense thereto. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's Motion for Contempt and Sanctions for Plaintiff's Violation of Three Court Orders and Failure to Participate in Discovery, (**DE 16**), be, and the same is hereby,

---

[4] (DE 1). Filed July 19, 2011.
[5] (DE 7). Filed January 16, 2012.
[6] (DE 8).
[7] The parties were on notice, per the Scheduling Order, that trial was set for the week of February 25, 2012 with a discovery deadline of October 10, 2012 and a motion practice deadline of October 15, 2012.
[8] (DE 10) (directing Plaintiff to answer Defendant's interrogatories and requests for production).
[9] Defendant attaches as Exhibit A to its Motion a Certificate of Non-appearance for Jeanette Avila.
[10] Defendant attaches as Exhibit B to its Motion a "No Show" bill from its medical examiner.

**GRANTED**. Pursuant to Federal Rule of Civil Procedure 37(b)(2)(C), Plaintiff shall pay the **FOUR HUNDRED DOLLAR ($400.00)** "No Show" fee as sanctions for failing to attend the Rule 35 examination. Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A), the instant action is **DISMISSED**.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 29th day of November, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT of FLORIDA

cc:

**Counsel for Plaintiff**

**Jason Harold Weber**
Xander Law Group, P.A.
300 S. Biscayne Blvd.
Suite 1802
Miami, FL 33131
(305)744-6800
Email: jason@xanderlawgroup.com

**Counsel for Defendant**

**Donnise Annette DeSouza**
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, FL 33178-2428
305-406-4838
Fax: 305-406-5347
Email: ddesouza@carnival.com